[No. 9157–3–I.   Division One.   June 21, 1982.]

HENRY E. LINEAR, *Appellant*, v. THE CITY OF
SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 839401, Stephen M. Reilly, J., entered July 14, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 9150–6–I.   Division One.   June 21, 1982.]

JAMES SHELTON, *Appellant*, v. WALT EDSON,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 864572, James J. Dore, J., entered October 9, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Andersen, C.J., and Williams, J.

[No. 9088–7–I.   Division One.   June 21, 1982.]

MOTORHOMES NORTHWEST, INC., *Respondent*, v.
FLEETCRAFT INDUSTRIES, INC., ET AL,
*Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 860948, Robert M. Elston, J., entered July 7, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen, C.J., and Callow, J.

[No. 10059–9–I.   Division One.   June 21, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
M. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–1–00607–4, John E. Rutter, Jr., J., entered December 19, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson and Callow, JJ.